UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BOBBY RICHARDS,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM HUTCHINGS, *et al.*,<br><br>    Defendants. | Case No. 2:21-cv-00209-GMN-EJY<br><br>**ORDER** |

On August 26, 2021, this Court entered a Screening Order permitting Claim 1 of the First Amended Complaint to proceed against Defendant Dr. Landsman and permitting Claim 2 to proceed against Sonja Corillo. ECF No. 6 at 6. The Court stayed the case for 90 days to give Plaintiff and Defendants an opportunity to settle their dispute before the filing fee was paid, an answer was filed, or the discovery process began. *Id*. at 6-7. The Court directed the Attorney General's Office to notify the Court whether it would enter a limited notice of appearance on behalf of Dr. Landsman and Sonja Corillo for the purpose of settlement. *Id.* at 7-8.

On September 16, 2021, the Attorney General's Office informed the Court that it could not make a limited appearance for the purpose of settlement because both Dr. Landsman and Sonja Corillo are former employees of the Nevada Department of Corrections and had not provided the Attorney General's Office with approval to enter an appearance on their behalf. ECF No. 7.

In light of the Attorney General Office's notice, the Court now orders the Attorney General's Office to provide the Court with a declaration detailing its attempts to contact each defendant, inform each defendant of this action, and ask each defendant if he or she would like the Attorney General's Office to represent him or her in this matter. Within 30 days from the date of this Order, the Attorney General's Office shall file that declaration as well as an updated notice with the Court informing the Court whether it will be entering a limited notice of appearance on behalf of either of the Defendants for the purpose of settlement.

If the Attorney General's Office enters a limited notice of appearance on behalf of either Defendant for the purpose of settlement, the Court shall schedule an early inmate mediation conference. However, if the Attorney General's Office notifies the Court that it will not be entering a limited notice of appearance on behalf of any Defendant, the Court will issue an order that: (1) removes this case from the early inmate mediation program, (2) rules on the application to proceed *in forma pauperis*, and (3) begins the service process with the U.S. Marshal's Office.

Accordingly, IT IS HEREBY ORDERED that, within 30 days of this Order, the Attorney General's Office shall file a declaration detailing its efforts to contact Dr. Landsman and Sonja Corillo, inform each Defendant of this lawsuit, and offer to represent each Defendant.

IT IS FURTHER ORDERED that, within 30 days from the date of this Order, the Attorney General's Office shall file an updated notice with the Court informing the Court about the representation status of Dr. Landsman and Sonja Corillo.

IT IS FURTHER ORDERED that, within 30 days from the date of this Order, the Attorney General's Office shall advise the Court whether it will enter a limited notice of appearance on behalf of either Dr. Landsman or Sonja Corillo for the purpose of settlement. No defenses or objections, including lack of service, shall be waived as a result of the filing of the limited notice of appearance.

DATED this 22nd day of September, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE