UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BOBBY RICHARDS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM HUTCHINGS, *et al.*,<br><br>　　　　Defendants. | Case No. 2:21-cv-00209-GMN-EJY<br><br>**ORDER** |

　　　　On August 26, 2021, the Court screened Plaintiff's First Amended Complaint (ECF No. 5) and allowed Plaintiff's Eighth Amendment deliberate indifference to serious medical needs claims to proceed against Dr. Landsman and Sonja Carillo.  ECF No. 6.  The Court ordered the Office of the Attorney General of the State of Nevada to advise the Court whether it would enter a limited notice of appearance on behalf of these Defendants for the purpose of settlement.  *Id.* at 7-8.  On September 16, 2021, the Office of the Attorney General ("OAG") notified the Court that it had attempted to contact Dr. Landsman and Ms. Carillo, both former employees of the Nevada Department of Corrections, but neither provided approval for the OAG to enter an appearance on their behalf.  ECF No. 7.

　　　　On October 26, 2021, summonses were issued for Defendants Landsman and Carillo.  ECF No. 11.  On January 18, 2022, the summons issued for Dr. Landsman was returned executed.  ECF No. 12.  The summons for Ms. Carillo was returned unexecuted on May 6, 2022.  ECF No. 15.  A review of the record does not allow the Court to determine from what source the address for Ms. Carillo derived.  Nothing was filed under seal by the OAG and the summons issued to Ms. Carillo contains no address.  Nonetheless, the return of service completed by the U.S. Marshal Service indicates that Ms. Carillo "no longer resides at" the address provided.  *Id.*

　　　　Accordingly, IT IS HEREBY ORDERED that the Nevada Attorney General's Office **must** file the last known address for its former employee, Sonja Carillo, under seal, and not serve Plaintiff with the same, no later than **May 19, 2022**.

IT IS FURTHER ORDERED that once the Court determines if service was attempted at Ms. Carillo's last known address, the Court will issue an order regarding whether further service attempts, if any, should be made.

Dated this 12th day of May, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE