UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BOBBY RICHARDS, | Case No. 2:21-cv-00209-GMN-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| WILLIAM HUTCHINGS, *et al.*, | |
| Defendants. | |

On October 26, 2021 a summons was issued for named Defendant Sonja Carillo. ECF No. 11. Proof of service (not filed until May 2022) shows service was attempted on December 27, 2021, but ineffective. ECF No. 15. The person who responded to the attempt to serve stated that Ms. Carillo no longer lives at that address. *Id*. On May 12, 2022, the Nevada Attorney General filed a notice under seal identifying a second potential address for Ms. Carillo. ECF No. 18. Thus, the Court now orders service at this second address be made.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court must issue a second summons for Defendant Sonja Carillo at the address provided under seal by the Attorney General's Office at which service was not attempted. The Clerk of Court is directed to *compare* ECF No. 15 *and* ECF No. 18.

IT IS FURTHER ORDERED that, the Clerk of Court will send one copy of each of the following documents to the U.S. Marshal Service: (1) a copy of the second summons for Defendant Sonja Carillo, (2) Plaintiff's First Amended Complaint (ECF No. 5), the Court's August 26, 2021 Screening Order (ECF No. 6), and (4) this Order.

IT IS FURTHER ORDERED that the U.S. Marshal Service shall attempt service on Ms. Carillo at the address appearing on the second summons provided by the Clerk of Court no later than **June 21, 2022**.

Dated this 7th day of June, 2022.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE